**Rick D. Banks, Esq.**  (No. 207240)
**Law Office of Rick D. Banks**
776 East Shaw Avenue, Suite 206
Fresno, California 93710
Telephone:   (559) 222-4891
Facsimile:    (559) 222-4896

Attorney for Plaintiff,
      JEAN CARR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JEAN CARR<br><br>    Plaintiff<br><br>  v.,<br><br>ASSET ACCEPTANCE, LLC, FULTON, FRIEDMAN, & GULLACE, LLP, a New York Limited Liability Partnership; ANN K. MERRILL, a California attorney, DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 1:11-CV-00890-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME (L.R. 144) AND CONTINUING HEARING ON MOTION (L.R. 230); DECLARATION OF RICK D. BANKS** |

    It is hereby stipulated by the parties through their respective counsel that Defendants' Motion To Strike State Law Claims Pursuant To CCP § 425.16 ("Motion,") currently scheduled to heard at 8:30 a.m. on August 1, 2011, shall be continued to 8:30 a.m., on August 22, 2011, in Courtroom 4.

    By continuing the hearing on the Motion, the requirement that the Motion be heard not less than twenty-eight (28) days after service and filing of the Motion will then not be in compliance with Rule 230(b).  Thus, it is further stipulated that the parties are not waiving their right to have the Motion heard, or to file an Opposition and/or a Reply at a later date.  The dates

to file and serve an Opposition and/or Reply pursuant to Local Rule 230(c) & (d), shall be based on the continued date of August 22, 2011.

There have been no prior continuances or extensions obtained as to this particular matter.

Dated:   July 14,  2011              /s/ Rick D. Banks
                                     Rick D. Banks, Attorney for Plaintiff

                                     /s/ June D. Cole as authorized on
07/14/2011
Dated: _____ 2011
                                     June D. Coleman, Attorney for Defendants

**ORDER**

Based on the parties' stipulation, this Court:

1. VACATES the August 1, 2011 hearing on defendants' motion to strike pursuant to California Code of Civil Procedure section 425.16;

2. ORDERS plaintiff, no later than August 8, 2011, to file opposition papers to the motion to strike; and

3. ORDERS defendants, no later than August 15, 2011, to file reply papers for their motion to strike.

Pursuant to its practice, this Court will consider defendants' motion to strike on the record without a hearing.  *See* Local Rule 230(g).  As such, this Court sets no hearing on the motion to strike.

IT IS SO ORDERED.

**Dated:   July 15, 2011**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE