JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, State Bar No. 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone:   (916) 321-4500
Facsimile:    (916) 321-4555

Attorneys for Defendants
ASSET ACCEPTANCE, LLC;
FULTON, FRIEDMAN & GULLACE, LLP; and
ANN K. MERRILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEAN CARR,<br><br>            Plaintiff,<br><br>     v.<br><br>ASSET ACCEPTANCE, LLC, FULTON, FRIEDMAN & GULLACE, LLP, a New York Limited Liability Partnership, ANN K. MERRILL, a California attorney, DOES 1 through 10,<br><br>            Defendants. | CASE NO. 1:11-CV-00890-LJO-GSA<br><br>**STIPULATION AND ORDER REQUESTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |

It is hereby stipulated by the parties through their respective counsel to request that the Court continue the Mandatory Scheduling Conference, currently scheduled to occur on August 2, 2011, at 10:00 a.m. The parties propose that the Mandatory Scheduling Conference be re-set to occur on August 23, 2011, at 10:30, in Courtroom 10.

This request is made due to a conflict in counsel for Defendants' schedule on August 2, 2011, which requires her attendance in the California - Southern District for a Mandatory Early Neutral Evaluation with clients' required attendance. Upon determining that the appearance in

San Diego was not going to be postponed, counsel for Defendants immediately contacted counsel for Plaintiff, who agreed to stipulate to this request based upon these facts.

Dated: July 27, 2011                          Kronick, Moskovitz, Tiedemann & Girard
                                              A Law Corporation

                                              By: */s/ June D. Coleman*
                                                  June D. Coleman
                                                  Candice L. Fields
                                                  Attorneys for Defendants
                                                  ASSET ACCEPTANCE, LLC; FULTON,
                                                  FRIEDMAN & GULLACE, LLP; and
                                                  ANN K. MERRILL

Dated: July 27, 2011                          Law Office of Rick D. Banks

                                              By: */s/ Rick D. Banks*
                                                  Rick D. Banks
                                                  Attorney for Plaintiff JEAN CARR

## **ORDER**

Based on the parties' stipulation, the Initial Scheduling Conference is continued from August 2, 2011, to **August 23, 2011, at 10:30 a.m., in Department 10**.

IT IS SO ORDERED.

  Dated:  **July 28, 2011**                         **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

977065.1 12435.003                        - 2 -                        1:11-CV-00890-LJO-GSA
**STIPULATION AND ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE**

Kronick, Moskovitz,
Tiedemann & Girard
Attorneys At Law
Sacramento