IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CARR, | CASE NO. CV F 11-0890 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 26.) |
| ASSET ACCEPTANCE LLC, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending dates and matters, including the September 13, 2012 pretrial conference and October 23, 2012 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 30, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1